**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 26th day of April, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:   James Allen Harralson        )
         Jennifer Lorraine Harralson  )   13-22600
                         Debtors      )

### AGREED ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY

Comes before this court Debtors' Motion to Sell Real Property located at 567 E. Apache St, Gardner, KS 66030, for approximately $195,000.00-$207,000.00. Debtors shall use the proceeds of the sale to satisfy the Note that is currently being paid through the Chapter 13 Plan and use the remaining proceeds as a down payment for their proposed new home located at 251 Megan Lane, Ottawa, KS 66067. Debtors shall use the proceeds of the sale to pay the current Creditor, United Security Financial, in full or have written approval of any short sale from United Security Financial.  The payoff on the

Note is $162,350.63. The Trustee has no objections to this Motion; the Court finds that the Debtors' Motion to Sell Real Property is granted. It is therefore

    ORDERED that said Motion to Sell Real Property be granted.

IT IS SO ORDERED

###

Submitted by

s/ Ryan M. Callahan
Ryan M. Callahan, KS 25363
Attorney for Debtor
Callahan Law Firm
221 E. Gregory Blvd., Suite A
Kansas City, MO 64114

Approved by

/s/Raymond E. Probst
Raymond E. Probst, Jr.
Attorney for Creditor
The Probst Law Firm, P.A.
827 Armstrong Ave
Kansas City, KS 66101

Approved by

 s/W.H. Griffin
Chapter 13 Trustee
W.H Griffin, KS 08060
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
913-677-1311
Fax 913-432-7857