IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:
James Allen Harralson and
Jennifer Lorraine Harralson

Debtors

Case No.: 13-22600

Chapter: 13

**RESPONSE TO NOTICE OF MORTGAGE PAYMENT CHANGE**

**COME NOW** Debtors James and Jennifer Harralson, by and through their attorney Ryan M. Callahan, and state the following:

1. On or about July 10, 2017, Mid America Mortgage filed a Notice of Mortgage Payment Change.

2. Under the Notice of Mortgage Payment Change, the "current escrow" is listed as $310.05 and the "new escrow" is listed as $601.16.

3. Attached to the Notice of Payment Change is an Annual Escrow Account Disclosure Statement, which lists an escrow shortage of $2,309.52. This shortage is causing the escrow payment to increase by $192.46 per month.

4. Debtors contacted the current mortgage servicer LoanCare, LLC and asked about this shortage. LoanCare, LLC informed the Debtors there is an escrow shortage because Debtors never had an escrow account with their previous mortgage servicer.

5. Debtors believe this information is false. Debtors are certain they had an escrow account with their current servicer.

6. Debtors are also in the process of trying to determine what is causing their on-going escrow payment to increase from $310.05 to $408.70.

WHEREFORE, Debtors request this Honorable Court to enter an Order Denying the Notice of Mortgage Change

Respectfully submitted,

THE CALLAHAN LAW FIRM

By: /s/ *Ryan M. Callahan*
    Ryan M. Callahan, KS#25363
    221 E. Gregory Blvd, Suite A
    816-822-4041
    Fax: 913-273-1799

ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I Ryan M. Callahan hereby certify that a true and correct copy of the Response was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, this 7th day of August, 2017.

/s/ *Ryan M. Callahan*
Ryan M. Callahan, Attorney