The relief described hereinbelow is SO ORDERED.

SIGNED this 8th day of August, 2017.



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

James Allen Harralson
Jennifer Lorraine Harralson,

                Debtor(s).                Case No 13-22600

_____

NOTICE OF NONEVIDENTIARY HEARING

**NOTICE IS HEREBY GIVEN** that a hearing to consider and act upon:

Notice of Mortgage Payment Change Claim 6

will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101 on **September 19, 2017 at 1:30 PM.**

                                                      ###